UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

**JEANINE L. JACKSON,**
        Plaintiff,

    v.                          Case No. 12-CV-00490

**CITY OF MILWAUKEE, GARY CHERONE,
ADAM FREUND, and OFFICER JOHN DOE,**
        Defendants.

## ORDER

On August 9, 2013, pro se plaintiff Jeanine Jackson filed a motion to refer this case to the magistrate judge for mediation. I will deny this motion because I can only refer a case to the magistrate if all of the parties consent, and the defendants have not agreed to mediate.

**THEREFORE, IT IS ORDERED** that plaintiff's motion to refer the case to the magistrate for mediation (Docket #47) is **DENIED**.

Dated at Milwaukee, Wisconsin, this 25th day of November, 2013.

                                            s/ Lynn Adelman
                                            _____
                                            LYNN ADELMAN
                                            District Judge