# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**JEANINE L. JACKSON,**
        **Plaintiff,**

     v.                                         **Case No. 12-CV-00490**

**CITY OF MILWAUKEE, et al.,**
        **Defendants.**

---

## DECISION AND ORDER

On December 27, 2013, I extended the deadline for the completion of discovery so defendants could depose plaintiff. That deposition took place on January 24, 2014. This means discovery is now complete, and I will grant plaintiff's request for an order formally declaring discovery closed. I will also deny her motion to compel defendants to respond to the written discovery requests she served on them after December 31, 2013, the original deadline for the completion of discovery. I extended the discovery deadline for the limited purpose of allowing defendants to rescheduled plaintiff's deposition, which was originally scheduled for December 30, 2013. Plaintiff was unable to attend a deposition on this date, and I gave her more time so she could be deposed when it was more convenient for her. When I extended the deadline, neither party asked for permission to serve new discovery requests and I did not give them leave to do so.

I will also deny plaintiff's motion for reconsideration of my denial of her motion for recusal for the reasons already stated on the record during the status conference on January 10, 2014.

I will wait to rule on defendants' motions to compel responses to the discovery requests they served prior to December 31, 2013 (Docket #80, 82) until after the parties have completed mediation.

**THEREFORE, IT IS ORDERED** that plaintiff's motion in regards to the close of discovery (Docket #79) is **GRANTED IN PART** and **DENIED IN PART**.

**IT IS FURTHER ORDERED** that plaintiff's motion for reconsideration of the denial of her motion for recusal (Docket #78) is **DENIED**.

Dated at Milwaukee, Wisconsin, this 20th day of February, 2014.

                                      s/ Lynn Adelman
                                      _____
                                      LYNN ADELMAN
                                      District Judge